CLOSED,MDL,TRANSF

# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CIVIL DOCKET FOR CASE #: 4:18–cv–00953–AGF

Johnson v. Pfizer, Inc.  
Assigned to: District Judge Audrey G. Fleissig  
Case in other court: Circuit Court of the City of St. Louis, 1822–cc10449  
Cause: 28:1332 Diversity–Petition for Removal

Date Filed: 06/14/2018  
Date Terminated: 07/02/2018  
Jury Demand: Both  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Harry Johnson**      represented by    **Gregory J. Pals**  
THE DRISCOLL FIRM, P.C.  
211 N. Broadway  
40th Floor  
St. Louis, MO 63102  
314–932–3232  
Fax: 314–932–3233  
Email: greg@thedriscollfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*  
*Bar Status: Active*

**John J. Driscoll**  
DRISCOLL FIRM, P.C.  
211 N. Broadway  
Suite 4050  
St. Louis, MO 63102  
314–932–3232  
Fax: 314–932–3233  
Email: john@thedriscollfirm.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*  
*Bar Status: Active*

V.

**Defendant**

**Pfizer, Inc.**      represented by    **W. Jason Rankin**  
HEPLER BROOM  
211 North Broadway  
Suite 2700  
St. Louis, MO 63102  
314–241–6160  
Fax: 314–241–6116  
Email: wjr@heplerbroom.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

*Designation: Retained*
*Bar Status: Active*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2018 | 1 | NOTICE OF REMOVAL from Circuit Court of the City of St. Louis, case number 1822−cc10449, with receipt number 0865−6590011, in the amount of $400 Jury Demand,, filed by Pfizer Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet, # 4 Original Filing Form)(Rankin, W.) (Entered: 06/14/2018) |
| 06/14/2018 | 2 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Pfizer Inc. Sent To: Plaintiff (Attachments: # 1 Exhibit A)(Rankin, W.) (Entered: 06/14/2018) |
| 06/14/2018 | 3 | DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE by Defendant Pfizer Inc... (Rankin, W.) (Entered: 06/14/2018) |
| 06/14/2018 | 4 | Petition (Removal/Transfer) Received From: Circuit Court of St. Louis City, filed by Harry Johnson.(MFG) (Entered: 06/14/2018) |
| 06/14/2018 |  | Case Opening Notification: Judge Assigned: Honorable Audrey G. Fleissig. (MFG) (Entered: 06/14/2018) |
| 06/18/2018 | 5 | NOTICE OF FILING NOTICE OF REMOVAL filed by Defendant Pfizer, Inc. Sent To: State Court − Executed (Rankin, W.) (Entered: 06/18/2018) |
| 07/02/2018 | 6 | CONDITIONAL TRANSFER ORDER (CTO−20) regarding multidistrict litigation no. 2691, IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION by Jeffery N. Luthi, Clerk of the Panel. (DJO) (Entered: 07/02/2018) |
| 07/02/2018 | 7 | ORDER OF MDL TRANSFER to: Northern District of California. Case transferred via CM/ECF extraction. (DJO) (Entered: 07/02/2018) |